UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| INSILCO HOLDING COMPANY, et.al. | : | Case No. 02-13671(KJC) |
| | : | |
| Debtors. | : | NOTICE OF APPOINTMENT OF |
| -------------------------------- | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. Wachovia Bank, N.A., Attn: Bob Bice, 401 South Tryon St., 12th floor, Charlotte, NC. 28288, Phone: (704) 715-3021, Fax: (704) 374-6682;

2. U. S. Bank, N.A., Attn: Romano I. Peluso, 100 Wall Street, New York, NY 10005, Phone: (212) 361-3866, Fax: (212) 514-6841;

3. Tyco Electronics Corporation, Attn: Valerie S. Nehilla, 2901 Fulling Mill Road, Middletown, PA 17057, (717) 592-2395, Fax: (717) 592-4022;

4. Lucent Technologies, Attn: Peter D'Auria/Ken Rosen, 65 Livingston Avenue, Roseland, N.J. 07068, Phone: (973) 597-2500, Fax: (973) 597-2549; and

5. Sun Belt Interplex, Inc., Attn: Howard Konicov, 6690 Hiatus Road, Tamarac, FL 33321, Phone: (732) 635-3104, Fax; (732) 549-0700.

                                                             DONALD F. WALTON
                                                             ACTING UNITED STATES TRUSTEE

                                                             /s/ David L. Buchbinder for
                                                             ROBERTA A. DeANGELIS
                                                             ASSISTANT UNITED STATES TRUSTEE

DATED: January 6, 2003

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Pauline K. Morgan, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253