IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re                                              : Chapter 11
                                                   :
INSILCO TECHNOLOGIES, INC., et al.[1]              :
                                                   : Case No. 02-13672 (KJC)
           Debtors.                                : (Jointly Administered)
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF EFFECTIVE DATE OF THE
## DEBTORS' AMENDED JOINT LIQUIDATING PLAN

PLEASE TAKE NOTICE that in accordance with the Findings of Fact, Conclusions of Law and Order Under Section 1129 of the Bankruptcy Code and Rule 3020 of the Bankruptcy Rules Confirming the Amended Joint Liquidating Plan Pursuant to Chapter 11 of the United States Bankruptcy Code; and pursuant to Section 12.2 of the Debtors' Amended Joint Liquidating Plan (as confirmed by the Bankruptcy Court for the District of Delaware and as the same may be amended in accordance with the provisions thereof, the "Plan"), notice is hereby given that (a) all conditions precedent to the Effective Date of the Plan have been satisfied or waived and (b) the Effective Date is and shall be October 6, 2004.

Date:  Wilmington, Delaware
       October 20, 2004

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              /s/ Pauline K. Morgan
                              Pauline K. Morgan (No. 3650)
                              Sharon M. Zieg (No. 4196)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                                      -and-

                              SHEARMAN & STERLING LLP
                              Constance A. Fratianni
                              Scott C. Shelley
                              599 Lexington Avenue
                              New York, New York 10022
                              Telephone: (212) 848-4000
                              Facsimile: (212) 848-7179

                              Attorneys for the Debtors and Debtors in Possession

---

[1] The other debtors in these jointly administered chapter 11 proceedings are Insilco Holding Co., InNet Technologies, Inc., Insilco International Holdings Inc., Precision Cable Mfg. Corporation, Eyelets for Industry, Inc., EFI Metal Forming, Inc., Stewart Stamping Corporation, Stewart Connector Systems, Inc., Signal Caribe, Inc. and Signal Transformer Co., Inc.