IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., *et al.*,<br><br>　　　　Debtors | Chapter 11<br><br>Case No. 02-13672 (KJC)<br><br>(Jointly Administered) |
| CHAD SHANDLER, CREDITOR TRUSTEE OF INSILCO TECHNOLOGIES, INC., et al.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALDSON, LUFKIN & JENRETTE, INC. n/k/a Credit Suisse (USA) Inc; DLJ MERCHANT BANKING, INC. ; DLJ MERCHANT BANKING PARTNERS, L.P.; DONALDSON, LUFKIN & JENRETTE SECURITIES CORP., and DLJ CAPITAL FUNDING INC. n/k/a Credit Suisse Capital Funding, Inc.,<br><br>　　　　Defendants. | Adv. Pro. No. 04-57950 (KJC) |

**STATUS REPORT**

Pursuant to the Court's Scheduling Order dated April 27, 2009 (the "Scheduling Order"), Chad Shandler, Creditor Trustee of Insilco Technologies, Inc., *et al.* (the "Plaintiff"), by his counsel, hereby sets forth the status of the above captioned adversary proceeding as follows:

　　　1.　　On May 15, 2009, Plaintiff filed and served his Amended Complaint (Docket No. 76) against the above-captioned defendants (the "Defendants," together with the Plaintiff, the "Parties"), asserting claims for the avoidance and recovery of preferential and fraudulent conveyances.

　　　2.　　On June 15, 2009, the Defendants filed and served the Motion of Defendant to Dismiss Amended Complaint (Docket No. 77) and a Memorandum of Law in support thereof (Docket No. 78) (together, the "Motion to Dismiss").

DM3\1187397.1

3. On July 31, 2009, the Plaintiff filed and served a response to the Motion to Dismiss (Docket No. 83).

4. On August 17, 2009, the Defendants filed and served a reply Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint (Docket No. 85).

5. The Parties have requested a hearing on the Motion to Dismiss to present oral argument (Docket Nos. 86 and 87).

6. On August 24, 2009, the Defendants filed a Notice of Completion of Briefing (Docket No. 88).

7. On October 2, 2009, the Parties entered into a Stipulation to Adjourn Discovery and Motion Deadlines pending resolution of the Motion to Dismiss (Docket No. 89).

8. Under the Court's guidelines, this Adversary Proceeding should be categorized as "Status I" because a dispositive motion is pending.

Dated: October 21, 2009
Wilmington, Delaware

*/s/ Christopher M. Winter*
Michael R. Lastowski (No. 3892)
Christopher M. Winter (No. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
cmwinter@duanemorris.com

Lawrence Eagel
Bragar Wexler & Eagel, PC
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
E-mail: Eagel@bragarwexler.com

*Counsel to Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al.*